IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONNA LEKVIN,

           Plaintiff,

   v.                                          ORDER

KILOLO KIJAKAZI,                       21-cv-604-wmc
Acting Commissioner of Social Security,

           Defendant.

---

On December 17, 2021, the court issued an order remanding this case to the commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). Now before the court is the parties' stipulation for an award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $1,175.64. (Dkt. #13.)

ORDER

IT IS ORDERED that the parties' stipulation for an award of attorney fees under the Equal Access to Justice Act is GRANTED. Plaintiff is awarded fees and expenses in the amount of $1,175.64. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant verifies plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to Konoski & Partners, P.C. pursuant to the EAJA assignment duly signed by plaintiff and counsel. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: 180 Tices Lane, Suite 103. Bldg. B, East Brunswick, NJ  08816.

Entered this 5th day of July, 2023.

                                              BY THE COURT:
                                              /s/
                                              WILLIAM M. CONLEY
                                              District Judge